IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TINA SMITH<br>O/B/O MARRIQUEZ C. JACKSON, | * |
| Plaintiff, | *<br>Case No.  5:24-cv-00244-MTT-CHW |
| v. | * |
| COMMISSIONER OF SOCIAL SECURITY, | * |
| Defendant. | * |

## **JUDGMENT**

Pursuant to this Court's Order dated October 11, 2024, and for the reasons stated therein, JUDGMENT is hereby entered remanding the decision to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

This 11th day of October, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk