IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TINA SMITH <br> O/B/O MARRIQUEZ C. JACKSON, <br><br> Plaintiff, <br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | * <br><br> * <br><br> * Case No.   5:24-cv-00244-MTT-CHW <br> * <br><br> * <br><br> * |

## **J U D G M E N T**

Pursuant to the Order of this Court filed February 25, 2025, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $7,488.

This 26th day of February, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk